UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:13-cr-0132-JMS-DML |
| | ) | |
| RAVONTE LOVE, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On February 15, 2019, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 30, 2018 and the Supplemental Petition filed on June 8, 2018. Defendant Love appeared in person with his appointed counsel Dominic Martin. The government appeared by Barry Glickman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Love of his rights and provided him with a copy of the Petition and the Supplemental Petition. Defendant Love orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Love admitted violation nos. 6 and 7 as set forth in the Supplemental Petition. [Docket No. 44.]

3. The allegations to which Defendant admitted, as fully set forth in the Supplemental Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **"The defendant shall not commit another federal, state or local crime."** |

On June 2, 2018, Mr. Love was arrested by the Muncie Police Department on the following charges: 1) Unlawful Possession of a Firearm by a Serious Violent Felon (Felony); 2) Carrying a Handgun Without a License (Felony); 3) Resisting Law Enforcement in Vehicle (Felony); 4) Auto Theft (Felony); 5) Reckless Driving (Misdemeanor); 6) Leave Accident Scene with Property Damage (Misdemeanor); and, 7) Operator Never Licensed (Misdemeanor).

According to the Probable Cause Affidavit, on June 2, 2018, an officer with the Muncie Police Department attempted to initiate a traffic stop on a blue Chrysler LaBaron operated by Mr. Love. Mr. Love failed to stop after the officer initiated their emergency lights and siren, accelerated the vehicle, and a vehicle pursuit was initiated. After failing to yield to law enforcement and traveling at a high rate of speed through multiple city streets, the pursuit was terminated for the safety of the public. Law enforcement later observed the vehicle near an abandoned building and located Mr. Love inside, where he was arrested without further incident. Law enforcement returned to the vehicle operated by Mr. Love and located a p250 Sig Sauer .40 handgun on the floor board of the driver's seat. The firearm was loaded and chambered with 14 rounds of hollow-point ammunition. While law enforcement were waiting for a tow truck, the owner of the blue LaBaron Chrysler approached law enforcement and alleged Mr. Love had stolen the vehicle.

| | |
|---|---|
| 7 | **"The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon."** |

On June 2, 2018, it is alleged Mr. Love possessed a p250 Sig Sauer .40 handgun, as well as 14 rounds of ammunition.

4. Government moved to dismiss violation nos. 1, 2, 3, 4, and 5 and the Court granted the same.

5. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

      (c)      The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

6. The parties jointly recommended a sentence of twenty-one (21) months with no supervised release to follow. Defendant requested placement at FCI Greenville, Illinois.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in violation nos. 6 and 7 of the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge further recommends Defendant's placement at FCI Greenville, Illinois.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: 21 FEB 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal